UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**AFFIDAVIT OF MAILING**

In Re:

YANIRA M GAUDELLI

        Debtor.

Case No.: 10-51381-jf
(Chapter 13)

Assigned to:
Hon. JEROME FELLER
Bankruptcy Judge

STATE OF NEW YORK     )
COUNTY OF ERIE         ) SS:
CITY OF BUFFALO        )

Dana R. Snyder, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Town of Wheatfield, New York.

That on the 4th day of February, 2011, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

| | |
|---|---|
| YANIRA M GAUDELLI<br>16 York Street<br>Hicksville, NY 11801 | Debtor |
| KARAMVIR DAHIYA, ESQL<br>Dahiya Law Offices, LLC<br>350 Broadway Suite 412<br>New York, NY | Attorney for Debtor |
| MARIANNE DEROSA, ESQ.<br>100 Jericho Quadrangle<br>Suite 208<br>Jericho, NY 11753 | Chapter 13 Trustee |

_____
Dana R. Snyder

Sworn to before me this 4th day
of February, 2011.

_____
Notary Public

JACLYN A. TODARO
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Sept. 2, 2012