**Dahiya Law Offices LLC**
**350 Broadway Suite 412**
**New York New York  10013**
**Tel: 212 766 8000**
**Fax: 212 766 8001**

April 13, 2011

To
Charles Higgs, Esq,
Beckan, Henoch, Peterson, Peddy & Fenchel, P.C.
100 Garden city Plaza
Garden City, NY 11530

(Via Fax, Mail and ECF)

**Re: Yanira Gaudelli Debtor**
**Chapter 13    Case No. 10-51381-JF**

Dear Mr. Higgs:

I represent Debtor Ms. Yanira Gaudelli in the aforesaid Chapter 13 proceedings.  I had filed a motion (Entry 22nd on court docket) for valuation under 11 USC 506 regarding property bearing address 240 Fitzpatrick Street Hillside New Jersey 07205.   Your client has a second lien on the property, however we are asking the court to treat your claim as unsecured for the first lien holder interest subsumes the entire value of the property.   The case has been adjourned to **May 18, 2011 at 9:30 AM** for proper notice purposes. Please file any responsive papers that you deem proper.  Thank you.

Sincerely:        */s/karamvir s. dahiya*

_____
Karamvir S. Dahiya, for Debtor